```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 05 B 30949
    BERNITA GARMON
                                           CHAPTER 13

                                           JUDGE: JACK B SCHMETTERER

        Debtor
   SSN XXX-XX-6427


------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 08/08/2005 and was confirmed 10/12/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  68.26% from remaining funds.

     The case was paid in full 09/08/2008.
------------------------------------------------------------------------------
CREDITOR NAME               CLASS          CLAIM AMOUNT       INTEREST      PRINCIPAL
                                                               PAID           PAID
------------------------------------------------------------------------------
AMERICREDIT FINANCIAL SV  SECURED          12325.00          1145.26       12325.00
AMERICREDIT FINANCIAL SV  UNSECURED         4228.86             .00         2886.75
JEFFERSON CAPITAL SYSTEM  UNSECURED         2008.42             .00         1371.01
ASPIRE                    NOTICE ONLY     NOT FILED             .00             .00
GERALD E MOORE            UNSECURED       NOT FILED             .00             .00
CAPITAL ONE               UNSECURED         1508.08             .00         1029.46
FRIEDMAN & WEXLER         NOTICE ONLY     NOT FILED             .00             .00
CITY OF CHICAGO PARKING   UNSECURED         1000.00             .00          682.63
ARNOLD SCOTT HARRIS       NOTICE ONLY     NOT FILED             .00             .00
CHICAGO DEPT OF REVENUE   NOTICE ONLY     NOT FILED             .00             .00
LINEBARGER GOGGAN BLAIR   NOTICE ONLY     NOT FILED             .00             .00
FCNB PREFERRED CHARGE     UNSECURED       NOT FILED             .00             .00
MERCHANTS CREDIT GUIDE C  NOTICE ONLY     NOT FILED             .00             .00
NCO FINANCIAL SYSTEMS     NOTICE ONLY     NOT FILED             .00             .00
LEDFORD & WU              DEBTOR ATTY      2,700.00                         2,700.00
TOM VAUGHN                TRUSTEE                                           1,439.89
DEBTOR REFUND             REFUND                                            1,256.60

      Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                      RECEIPTS          DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE               24,836.60

PRIORITY                                        .00
SECURED                                   12,325.00
    INTEREST                               1,145.26
UNSECURED                                  5,969.85
ADMINISTRATIVE                             2,700.00
TRUSTEE COMPENSATION                       1,439.89
DEBTOR REFUND                              1,256.60
                      --------------     --------------

              PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 05 B 30949 BERNITA GARMON
```

```
TOTALS                              24,836.60           24,836.60
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                              /s/ Tom Vaughn
Dated: 12/22/08               _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE
```